AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 149,<br>*Plaintiff*<br>v.<br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50 Inclusive<br>*Defendant* | )<br>)<br>)  Case No. 3:23-cv-04008-JD<br>)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC

Date: September 8, 2023

*Attorney's signature*

Samuel Q. Schleier 312449
*Printed name and bar number*

BOWMAN AND BROOKE, LLP
970 W. 190th Street, Suite 700
Torrance, CA 90502
*Address*

Sam.Schleier@bowmanandbrooke.com
*E-mail address*

(310) 768-3068
*Telephone number*

(310) 719-1019
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023, I electronically transmitted the foregoing ***NOTICE OF APPEARANCE (SAMUEL SCHLEIER)*** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

    */s/ De Anna J. Louviere-Hernandez*
De Anna J. Louviere-Hernandez