AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 149,  )<br>      *Plaintiff*  )<br>  v.  )<br>UBER TECHNOLOGIES, INC., a Delaware  )<br>Corporation; RASIER, LLC, a Delaware Limited  )<br>Liability Company; RASIER-CA, LLC, a Delaware  )<br>Limited Liability Company; and DOES 1 through 50  )<br>Inclusive  )<br>      *Defendant* | Case No. 3:23-cv-04008-JD |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC

Date: September 8, 2023

*Attorney's signature*

Colton F. Parks 322491
*Printed name and bar number*

BOWMAN AND BROOKE, LLP
970 W. 190th Street, Suite 700
Torrance, CA 90502
*Address*

Colton.Parks@bowmanandbrooke.com
*E-mail address*

(310) 768-3068
*Telephone number*

(310) 719-1019
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023, I electronically transmitted the foregoing ***NOTICE OF APPEARANCE (COLTON PARKS)*** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

      */s/  De Anna J. Louviere-Hernandez*
De Anna J. Louviere-Hernandez