IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ | Case No.  23-md-03084-CRB  **ORDER RELATING CASES** |

This Order Relates To:

23-cv-04372-AMO

23-cv-04385-AMO

23-cv-03966-AMO

23-cv-04393-JST

23-cv-04388-JSW

23-cv-04010-JD

23-cv-04011-MMC

23-cv-04008-JD

23-cv-04371-JD

23-cv-04387-VC

23-cv-03807-VC

23-cv-04014-JD

23-cv-03973-CRB

23-cv-04373-CRB

23-cv-04369-AGT

 23-cv-04368-JSW

23-cv-04365-VC

23-cv-04366-AGT

23-cv-03811-JSW

23-cv-03816-JSW

23-cv-04370-JD

Pursuant to Northern District of California Civil Local Rule 3-12, the Court finds that the above-captioned cases are related to In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation, Case No. 23-md-3084. Accordingly, the above-captioned cases shall be reassigned to this Court.

**IT IS SO ORDERED.**

Dated: October 20, 2023

_____
CHARLES R. BREYER
United States District Judge